JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
MICHAEL D. JAY (SBN 223827)
michael.jay@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

S. CALVIN WALDEN (admitted *pro hac vice*)
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888

Attorneys for Plaintiff
BROADCOM CORPORATION

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>CSR plc,<br><br>           Defendant. | Case No. SACV10-1662 JVS (MLGx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. James V. Selna |

**[PROPOSED] ORDER OF DISMISSAL**

# ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that:

1. all claims asserted herein by Broadcom Corporation shall be dismissed without prejudice;
2. each party shall bear its own costs and attorneys' fees.

Dated: January 13, 2011 \_\_\_\_    _____
                                    Hon. James V. Selna
                                    United States District Judge

US1DOCS 7813718v1

**[PROPOSED] ORDER OF DISMISSAL**